No. 79–1423. WESTERN & SOUTHERN LIFE INSURANCE CO. v. STATE BOARD OF EQUALIZATION OF CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist. Probable jurisdiction noted.

No. 79–1538. ANDRUS, SECRETARY OF THE INTERIOR v. VIRGINIA SURFACE MINING & RECLAMATION ASSN., INC., ET AL.; and

No. 79–1596. VIRGINIA SURFACE MINING & RECLAMATION ASSN., INC., ET AL. v. ANDRUS, SECRETARY OF THE INTERIOR. Appeals from D. C. W. D. Va. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 483 F. Supp. 425.

No. 79–6779. LITTLE v. STREATER. Appeal from App. Sess., Super. Ct. Conn., New Haven Jud. Dist. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 79–1952. CALIFORNIA MEDICAL ASSN. ET AL. v. FEDERAL ELECTION COMMISSION ET AL. Appeal from C. A. 9th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 79–1429. AMERICAN TEXTILE MANUFACTURERS INSTITUTE, INC., ET AL. v. MARSHALL, SECRETARY OF LABOR, ET AL.; and

No. 79–1583. NATIONAL COTTON COUNCIL OF AMERICA v. MARSHALL, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari in No. 79–1429 granted limited to Questions 1, 2, and 4 presented by the petition. Certiorari in No. 79–1583 granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 199 U. S. App. D. C. 54, 617 F. 2d 636.